JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

### Plaintiff(s):

First Listed Plaintiff:
JORGE ATENCIO ;
**County of Residence:** Outside This District

Additional Plaintiff(s):
LILIA LORENZO ;

### Defendant(s):

First Listed Defendant:
RED COATS INC. ;
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Pinellas County

### Plaintiff's Attorney(s):

Cynthia M. Gonzalez (JORGE ATENCIO)
Cynthia Gonzalez, P.A.
4023 N. Armenia Ave.
Tamp, Florida 33607
**Phone:** (813) 333-1322
**Fax:** (866) 593-6771
**Email:** cynthia@wagesdue.com

Luis R. Amadeo
Cynthia Gonzalez, P.A.
4023 N. Armenia Ave.
Tampa, Florida 33607
**Phone:** (813) 333-1322
**Fax:** (866) 593-6771
**Email:** amadeo@wagesdue.com

### Defendant's Attorney(s):

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
　　**Plaintiff:** N/A
　　**Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 710 Fair Labor Standards Act
**Cause of Action:** 29 USC Sec. 201, FLSA
**Requested in Complaint**
　　**Class Action:**　Not filed as a Class Action
　　**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** s/Luis R. Amadeo

**Date:** 6/2/17

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.